UNITED STATE. ..ISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: August 26, 1999

**CIVIL NO. 98-1474 (DRD)**

Courtroom Deputy:  Janet **GONZALEZ**

========================================================

Luz Feliciano Gonzalez, et al.       <u>Attorneys:</u> Israe ROLDAN

vs.

Luis Perez Reillo, et al.            Arturo LUCIANO DELGADO
                                     Leticia RAMIREZ

========================================================

SETTLEMENT CONFERENCE is held.  Plaintiff has conveyed today a settlement offer to defendant's counsel who will relay the offer to his client.  The parties state their settlement positions.

The parties state their legal theories and apprize the Court as to the facts and damages in this case.  The Court believes that counsel are premature for settlement.  Counsel are instructed to evaluate each case individually.  The Court instructs the parties to review the case of <u>Quint v. A.E. Staley Mfg. Co.</u>, 172 F3d 1 (1st Cir. 1999).

There is a <u>Motion for Summary Judgment</u> pending before the Court, Dkt. No. 22.

**A further Settlement Conference is set for December 10, 1999 at 2:00 P.M.**

COURTROOM DEPUTY

s/c:  Counsel of Record