UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ M. FELICIANO GONZALEZ, et al.,
    v.
LUIS PEREZ REILLO, et al.

CASE NUMBER: 98-1474(DRD)

## ORDER

Pending before the Court is Co-defendants', the Municipality of Quebradillas, Hon. Luis Perez Reillo, Maria Perez Nieves, and Ilia Soto Vega in their official capacities, Motion For Summary Judgment (Docket No. 22) and Plaintiffs' opposition thereto (Docket No. 25). The Court **GRANTS** Plaintiffs' motion to file documents in the Spanish language pending the translations into English. (Docket No. 26). Second, the Court **NOTES** the Co-defendants' Motion Submitting Translations. (Docket No. 28).
IT IS SO ORDERED.

Date: October 29, 1999

P \PEACHORD ERS\98-1474 MTN

DANIEL R. DOMINGUEZ
U.S. District Judge

*RECEIVED AND FILED 99 NOV -2 AM 7:52 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

Rec'd:    EOD:

By:     #30