UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                DATE: February 3, 2000

**CIVIL NO. 98-1474 (DRD)**

Courtroom Deputy:  Janet **GONZALEZ**

===============================================================
Luz Feliciano Gonzalez, et al.        <u>Attorneys:</u> Israel ROLDAN

vs.

Luis Perez Reillo, et al.             Arturo LUCIANO DELGADO
                                      Leticia RAMIREZ
===============================================================

SETTLEMENT CONFERENCE is held. Counsel for plaintiffs informs that he will be meeting with his clients tomorrow and there is a strong possibility that a settlement will materialize. Attorney Roldán requests five (5) additional days to inform the Court of the results of this meeting.

Hence, the Court grants plaintiff to five (5) days to inform the results of the settlement offer and if accepted that Stipulation be submitted ten (10) days thereafter. If settlement does not materialize, the Court will hold a Scheduling Conference on **February 11, 2000 at 1:30 P.M.**

                                      _____
                                      COURTROOM DEPUTY

s/c:  Counsel of Record