UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**          DATE: February 11, 2000

**CIVIL NO. 98-1474 (DRD)**

Courtroom Deputy:   Janet **GONZALEZ**

===============================================================

Luz Feliciano Gonzalez, et al.          <u>Attorneys:</u> Israel ROLDAN

vs.

Luis Perez Reillo, et al.               Arturo LUCIANO DELGADO
                                        Leticia RAMIREZ

===============================================================

STATUS/SCHEDULING CONFERENCE is held in chambers. The parties have been unable to settle the case.

Alternative trial dates are discussed. The parties agreed to commence trial on **November 27, 2000 at 9:00 A.M.** If the Court is still presiding over Criminal Case No. 95-386 (DRD), United States of America v. Lorenzo Muñoz Franco, et al., then the case at bar will be re-set for December 2000.

**A final Settlement Conference is set for March 3, 2000 at 2:00 P.M.**

_____
COURTROOM DEPUTY

s/c:  Counsel of Record
      Jury Clerk