UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ M. FELICIANO GONZALEZ, et al.,
v.
LUIS PEREZ REILLO, et al.

CASE NUMBER: 98-1474(DRD)

## JUDGMENT

In accordance with the Court's Order of this same date, the Court hereby **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees.
IT IS SO ADJUDGED AND DECREED.

Date: March 31, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

P \PEACHORD ERS\98-1474 DIS