IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luz M. Feliciano Gonzalez, et al.,

Plaintiff(s),

v.

Luis Perez Reillo, et al.,

Defendant(s).

CIVIL NO. 98-1474 (DRD)

*RECEIVED & FILED '00 MAY 19 AM 7:38 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR*

## DESCRIPTION OF MOTION

DATE FILED: April / 28 / 2000
DOCKET No.: 39

TITLE: Motion for Leave to File Translations

[ ] Plffs.   [✓] Defts.

## ORDER

GRANTED. The translations, with regard to Docket No. 38, are to be filed by June 2, 2000. IT IS SO ORDERED.

MAY / 18 / 2000
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

40