UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Luz M. Feliciano Gonzalez, et al.   CIVIL NO. 98-1474 (DRD)

v.

Defendant(s) Luis Perez Reillo, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 41 | ☐ GRANTED. |
| Date: July 27, 2000 | ☐ DENIED. |
| Title: Motion Requesting that Defendants be Found in Contempt | ☑ MOOT. |
| | ☐ NOTED. |

Plaintiffs filed an Information Motion (Docket No. 42), requesting that its motion for contempt be found moot. The Court agrees and therefore Plaintiff's motion for contempt is hereby MOOT. (Docket No. 41).

RECEIVED AND FILED
00 AUG 15 AM 9:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: August 12, 2000.

Daniel R. Dominguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

43